**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

(Clarkson S. Fisher Building, & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608)

RECEIVED
APR 08 2024
AT 8:30________M
CLERK, U.S. DISTRICT COURT - DNJ

Presidential Candidate Number P60005535 "also known as" (aka) Ronald Satish Emrit, & Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897 d/b/a United Emrits of America

Plaintiffs (Pro Se)

v. C. A. No.:

Senator Marco Rubio, Senator Rick Scott (R- Florida), Senator Chris Coons (D- Maryland), Senator Chris Van Hollen (D- Maryland), Senator Ben Cardin (D- Maryland), Senator Ted Cruz (R- Texas)

Defendants

*****************************************************************

**COMPLAINT**

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint against the sole defendant Senator Marco Rubio seeking a declaratory judgment pursuant to Rule 57 of Federal Rules of Civil Procedure (FRCP) or in the alternative a preliminary injunction pursuant to Rule 65 of Federal Rules of Civil Procedure (FRCP). In bringing forth this complaint, the plaintiff states, avers, and alleges the following

## I.) NATURE OF THE CASE

1.) In the months of January and February of 2024, the plaintiff sent paperwork to the Orlando office of Senator Marco Rubio (R- Florida) regarding Form 129f (fiance or K-1 visa) and Form 589 (political asylum).

2.) Senator Marco Rubio responded by email by sending a form to the plaintiff's email address at einsteinrockstar2@outlook.com

3.) Accordingly, the plaintiff believes that the email from Senator Marco Rubio's office originated from the email address casework@rubio.senate.gov

4.) In February of 2024, the plaintiff filled out and returned the forms to Senator Marco Rubio listing his friend Nicole Mendez of Las Vegas, Nevada as the contact person.

## II.) PARTIES TO THIS LITIGATION

5.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Florida and Maryland (the plaintiff spends half of the year in Florida and the other half in Maryland traveling with his father who is a widely-recognized musician in several states on the Atlantic coast). His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

6.) The sole defendant is Senator Marco Rubio (R- Florida) who has a mailing address listed as 201 S Orange Ave #350, Orlando, FL 32801with a telephone number of (407) 254-2573.

## III.) JURISDICTION AND VENUE

7.) According to Federal Rules of Civil Procedure 8(a)(1), Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

8.) Because the court does not already have personal or subject matter jurisdiction

over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

9.) Pursuant to 28 U.S.C.A. Section 1332, the U.S. District Court for the District of Delaware (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the five defendants given that the plaintiff lives in Sarasota, Florida and no longer in Fort Worth, Texas.

10.) As an Article III court, the U.S. District Court for the District of Delaware also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

11.) Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

12.) Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

13.) Because the amount in controversy does exceeds $75,000 (i.e. $45,000,000 is more than $75.000), this court has jurisdiction on the grounds of diversity and a federal question presented.

## IV.) STATEMENT OF FACTS

14.) The plaintiff is trying to get married to a Ukrainian refugee by the name of Maria Cherniavska.

1.) The plaintiff helped Maria Cherniavska travel to Poland from Kharkiv, Ukraine in the year 2022 after the plaintiff sent approximately 300 Euros through Western Union to Maria Cherniavska's banking account.
2.) The plaintiff was able to send the money to Maria Cherniavska after she provided the plaintiff with her International Banking Account Number (IBAN) involving a SWIFT transaction.

3.) Maria Cherniavska informed the plaintiff that she was transported by the Ukrainian military from Kharkiv, Ukraine to Poland.
4.) Maria Cherniavska is currently living homeless in Poland as a refugee as the plaintiff has tried to help her by filling out a Form 129f (fiance or K-1 visa) and a Form 589 for political asylum.
5.) Senator Marco Rubio had the plaintiff fill out a form so that Senator Marco Rubio could represent the plaintiff as the plaintiff sent paperwork to his Orlando field office.
6.) Originally, the plaintiff sent money to Maria Chernisvka through Paypal Xoom to Accord Bank on Pushkinska Street in Kharkiv, Ukraine.
7.) The plaintiff had also been communicating with a woman named Kateryna Olokoba from 25 Frunze Street in Kherson, Ukraine and another woman from Kyiv, Ukraine who mentioned that she is a dentist.
8.) The plaintiff listed Nicole Mendez of Las Vegas, Nevada as the person of contact regarding information from Senator Marco Rubio's office involving U.S. Citizenship and Immigration Services and Form 129-f and Form 589.

## V.) COUNT ONE: VIOLATION OF THE CIVIL RIGHTS ACT OF 1964

39.) The plaintiff argues that the President of the United States and the co-defendants are violating the Civil Rights Act of 1964 by not repealing the Helms-Burton Act and Trading-with-the-Enemy Act through treaty and/or executive order.

40.) The plaintiff argues that the President of the United States and the co-defendants are violating the Civil Rights Act of 1964 by not allowing every Ukrainian refugee to enter the United States and become a legal permanent resident substantially similar to Cuban Adjustment Act.

41.) The plaintiff argues that the President of the United States and the other co-defendants are violating the Civil Rights Act of 1964 by not providing reparations to African-Americans given the history of invidious discrimination and 400 years of slavery and the fact that African-Americans are considered to be part of a suspect classification of discrete and insular minorities who are entitled to a

strict scrutiny level of review regarding the constitutionality of various actions by the federal executive branch in particular.

## VI.) COUNT TWO: VIOLATION OF THE EQUAL PROTECTION CLAUSE OF THE FIFTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION

39.) The plaintiff argues that the President of the United States and the co-defendants are violating the Equal Protection Clause by not repealing the Helms-Burton Act and Trading-with-the-Enemy Act through treaty and/or executive order.

40.) The plaintiff argues that the President of the United States and the co-defendants are violating the Equal Protection Clause by not allowing every Ukrainian refugee to enter the United States and become a legal permanent resident substantially similar to Cuban Adjustment Act.

41.) The plaintiff argues that the President of the United States and the other co-defendants are violating the Equal Protection Clause by not providing reparations to African-Americans given the history of invidious discrimination and 400 years of slavery and the fact that African-Americans are considered to be part of a suspect classification of discrete and insular minorities who are entitled to a strict scrutiny level of review regarding the constitutionality of various actions by the federal executive branch in particular.

44.) Nevertheless, because the plaintiff is now trying to get married to Maria Cherniavska of Kharkiv, Ukraine, the plaintiff argues that it is necessary to provide her number on Whatsapp, i.e. +380994339671.

45.) Pursuant to Rule 201 of Federal Rules of Evidence (FRE), the court should take judicial notice that this number on Whatsapp has been uploaded in PACER or CM/ECF on Page 5 of an In Forma Pauperis Application/Affidavit submitted according to 28 U.S.C. Section 1915. Once again, that number on Whatsapp is +380994339671.

## VII.) COUNT THREE: VIOLATION OF THE DUE PROCESS CLAUSE OF THE FIFTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION

39.) The plaintiff argues that the President of the United States and the co-defendants are violating the Due Process Clause by not repealing the Helms-Burton Act and Trading-with-the-Enemy Act through treaty and/or executive order.

40.) The plaintiff argues that the President of the United States and the co-defendants are violating the Due Process Clause by not allowing every Ukrainian refugee to enter the United States and become a legal permanent resident substantially similar to Cuban Adjustment Act.

41.) The plaintiff argues that the President of the United States and the other co-defendants are violating the Due Process Clause by not providing reparations to African-Americans given the history of invidious discrimination and 400 years of slavery and the fact that African-Americans are considered to be part of a suspect classification of discrete and insular minorities who are entitled to a strict scrutiny level of review regarding the constitutionality of various actions by the federal executive branch in particular.

44.) Nevertheless, because the plaintiff is now trying to get married to Maria Cherniavska of Kharkiv, Ukraine, the plaintiff argues that it is necessary to provide her number on Whatsapp, i.e. +380994339671.

45.) Pursuant to Rule 201 of Federal Rules of Evidence (FRE), the court should take judicial notice that this number on Whatsapp has been uploaded in PACER or CM/ECF on Page 5 of an In Forma Pauperis Application/Affidavit submitted according to 28 U.S.C. Section 1915. Once again, that number on Whatsapp is +380994339671.

## VIII.) COUNT FOUR: VIOLATION OF THE PRIVILEGES AND IMMUNITIES CLAUSE OF ARTICLE IV, SECTION 2, CLAUSE 1 (COMITY CLAUSE)

39.) The plaintiff argues that the President of the United States and the co-defendants are violating the Privileges and Immunities Clause by not repealing the Helms-Burton Act and Trading-with-the-Enemy Act through treaty and/or executive order.

40.) The plaintiff argues that the President of the United States and the co-defendants are violating the Privileges and Immunities Clause by not allowing every Ukrainian refugee to enter the United States and become a legal permanent resident substantially similar to Cuban Adjustment Act.

41.) The plaintiff argues that the President of the United States and the other co-defendants are violating the Privileges and Immunities Clause by not providing reparations to African-Americans given the history of invidious discrimination and 400 years of slavery and the fact that African-Americans are considered to be part of a suspect classification of discrete and insular minorities who are entitled to a strict scrutiny level of review regarding the constitutionality of various actions by the federal executive branch in particular.

44.) Nevertheless, because the plaintiff is now trying to get married to Maria Cherniavska of Kharkiv, Ukraine, the plaintiff argues that it is necessary to provide her number on Whatsapp, i.e. +380994339671.

45.) Pursuant to Rule 201 of Federal Rules of Evidence (FRE), the court should take judicial notice that this number on Whatsapp has been uploaded in PACER or CM/ECF on Page 5 of an In Forma Pauperis Application/Affidavit submitted according to 28 U.S.C. Section 1915. Once again, that number on Whatsapp is +380994339671.

## IX.) COUNT FIVE: VIOLATION OF THE RIGHT TO PRIVACY

39.) The plaintiff argues that the President of the United States and the co-defendants are violating the Fourth Amendment Right to Privacy by not repealing the Helms-Burton Act and Trading-with-the-Enemy Act through treaty and/or executive order.

40.) The plaintiff argues that the President of the United States and the co-defendants are violating the Fourth Amendment Right to Privacy by not allowing every Ukrainian refugee to enter the United States and become a legal permanent resident substantially similar to Cuban Adjustment Act.

41.) The plaintiff argues that the President of the United States and the other co-defendants are violating the Fourth Amendment Right to Privacy by not providing reparations to African-Americans given the history of invidious discrimination and 400 years of slavery and the fact that African-Americans are considered to be part of a suspect classification of discrete and insular minorities who are entitled to a strict scrutiny level of review regarding the constitutionality of various actions by the federal executive branch in particular.

44.) Nevertheless, because the plaintiff is now trying to get married to Maria Cherniavska of Kharkiv, Ukraine, the plaintiff argues that it is necessary to provide her number on Whatsapp, i.e. +380994339671.

45.) Pursuant to Rule 201 of Federal Rules of Evidence (FRE), the court should take judicial notice that this number on Whatsapp has been uploaded in PACER or CM/ECF on Page 5 of an In Forma Pauperis Application/Affidavit submitted according to 28 U.S.C. Section 1915. Once again, that number on Whatsapp is +380994339671.

## X.) COUNT SIX: VIOLATION OF THE FREEDOM OF ASSOCIATION

39.) The plaintiff argues that the President of the United States and the co-defendants are violating the First Amendment Right to Freedom of Association by not repealing the Helms-Burton Act and Trading-with-the-Enemy Act through treaty and/or executive order.

40.) The plaintiff argues that the President of the United States and the co-defendants are violating the First Amendment Right to Freedom of Association by not allowing every Ukrainian refugee to enter the United States and become a legal permanent resident substantially similar to Cuban Adjustment Act.

41.) The plaintiff argues that the President of the United States and the other co-defendants are violating the First Amendment Right to Freedom of Association by not providing reparations to African-Americans given the history of invidious discrimination and 400 years of slavery and the fact that African-Americans are considered to be part of a suspect classification of discrete and insular minorities who are entitled to a strict scrutiny level of review regarding the constitutionality of various actions by the federal executive branch in particular.

44.) Nevertheless, because the plaintiff is now trying to get married to Maria Cherniavska of Kharkiv, Ukraine, the plaintiff argues that it is necessary to provide her number on Whatsapp, i.e. +380994339671.

45.) Pursuant to Rule 201 of Federal Rules of Evidence (FRE), the court should take judicial notice that this number on Whatsapp has been uploaded in PACER or CM/ECF on Page 5 of an In Forma Pauperis Application/Affidavit submitted according to 28 U.S.C. Section 1915. Once again, that number on Whatsapp is +380994339671.

## XI.) COUNT SEVEN: MATERIAL BREACH OF CONTRACT

39.) The plaintiff argues that the President of the United States and the co-defendants are violating the First Amendment Right to Freedom of Association by not repealing the Helms-Burton Act and Trading-with-the-Enemy Act through treaty and/or executive order.

40.) The plaintiff argues that the President of the United States and the co-defendants are violating the First Amendment Right to Freedom of Association by not allowing every Ukrainian refugee to enter the United States and become a legal permanent resident substantially similar to Cuban Adjustment Act.

41.) The plaintiff argues that the President of the United States and the other co-defendants are violating the First Amendment Right to Freedom of Association by not providing reparations to African-Americans given the history of invidious discrimination and 400 years of slavery and the fact that African-Americans are considered to be part of a suspect classification of discrete and insular minorities who are entitled to a strict scrutiny level of review regarding the constitutionality of various actions by the federal executive branch in particular.

44.) Nevertheless, because the plaintiff is now trying to get married to Maria Cherniavska of Kharkiv, Ukraine, the plaintiff argues that it is necessary to provide her number on Whatsapp, i.e. +380994339671.

45.) Pursuant to Rule 201 of Federal Rules of Evidence (FRE), the court should take judicial notice that this number on Whatsapp has been uploaded in PACER or CM/ECF on Page 5 of an In Forma Pauperis Application/Affidavit submitted according to 28 U.S.C. Section 1915. Once again, that number on Whatsapp is +380994339671.

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is seeking punitive, compensatory, and treble damages in the approximate amount of $45 million against the five governmental defendants seeking joint and several liability whereby the defendants would presumably seek contribution and indemnity from each other through the filing of cross-claims. In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) This proposed judgment in the amount of $45,000,000 would be considered to be punitive, compensatory, and treble damages for the violation of The Civil Rights Act of 1964.

B.) The plaintiff is also seeking the equitable remedy of an injunction requiring and/or mandating that the President of United States in particular issue an executive order and/or treaty repealing the helms-Burton Act and Trading-with-the-Enemy Act and allowing capitalism and laissez-faire economics to thrive in the Republic of Cuba after decades of a totalitarian regime involving a Communist form of government and socialist economy based off of Marxism.

C.) Furthermore, the plaintiff is seeking the equitable remedy of an injunction requiring and/or mandating that the President of the United States in particular issue an executive order or treaty allowing every Ukrainian refugee to become a legal permanent resident and/or American citizen including but not limited to Maria Cherniavska originally from Kharkiv, Ukraine and now from Poland around Warsaw, Poland.

D.) Finally, the plaintiff is seeking the equitable remedy of an injunction mandating and/or requiring that President Joe Biden provide reparations of "40 Acres and a Mule" to each and every African-American living in the United States or abroad through a treaty or executive order whereby the Treasury Department would purchase land in Liberia for African-Americans to inherit farmland and real estate involving grants from the U.S. Department of Agriculture (USDA), U.S. Department of Housing and URban Development (HUD), U.S. Department of Health and Human Services (HHS), U.S. Department of Commerce, U.S. Department of Labor, and Small Business Administration (SBA).

Respectfully submitted,

Ronald Satish Emrit

6655 38th Lane East

Sarasota, Florida 34243

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com